IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2018 MAR -6 PM 4:28

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | | |
|---|---|---|
| THOMAS GEORGE WICKER, JR.,<br>Plaintiff/Counter-Defendant, | § § § | |
| v. | § | EP-17-CV-99-DB |
| SETERUS, INC.,<br>Defendant/Counter-Plaintiff. | § § § § | |
| SETERUS, INC.,<br>Third-Party Plaintiff, | § § § § | |
| v. | § § | |
| ROCIO P. WICKER et al.,<br>Third-Party Defendants. | § § § | |

## ORDER

On this day, the Court considered Defendant/Counter-Plaintiff and Third-Party Plaintiff Seterus, Inc.'s ("Seterus") "Motion for Final Summary Judgment and Incorporated Brief" (Motion"), filed in the above-captioned case on January 31, 2018. Therein, Seterus asks the Court to grant summary judgment in its favor against Plaintiff/Counter-Defendant Thomas George Wicker, Jr. ("Mr. Wicker") and Third-Party Defendants Rocio P. Wicker, the United States of America Internal Revenue Service, and Midfirst Bank, a Federally Chartered Savings Association (collectively, "Third-Party Defendants"). On February 12, 2018, Mr. Wicker and Third-Party Defendants filed their "Response to Third-Party Plaintiff's Motion for Summary Judgment." On February 27, 2018, Seterus filed its "Reply in Support of their Motion for Summary Judgment." After due consideration, the Court is of the opinion that Seterus's Motion should be granted. A memorandum opinion is forthcoming.

Accordingly, **IT IS HEREBY ORDERED** that Defendant/Counter-Plaintiff and Third-Party Plaintiff Seterus, Inc.'s "Motion for Final Summary Judgment and Incorporated Brief," filed on January 31, 2018, is **GRANTED.**

**SIGNED** this **6th** day of **March 2018**.

_____
**DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**