IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| THOMAS GEORGE WICKER, JR.,<br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>SETERUS, INC.,<br>    Defendant/Counter-Plaintiff.<br><br>SETERUS, INC.,<br>    Third-Party Plaintiff,<br><br>v.<br><br>ROCIO P. WICKER et al.,<br>    Third-Party Defendants. | §§§§§§§§§§§§§§§<br><br>EP-17-CV-99-DB |

## FINAL JUDGMENT

On this day, the Court issued an order dismissing all claims in the above-captioned case. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SIGNED** this **4th** day of **October 2018**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE