IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| THOMAS GEORGE WICKER, JR., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | Civil Action No.  3:17-cv-99 |
| | § | |
| SETERUS, INC., | § | |
| | § | |
| Defendant/Counter-Plaintiff. | § | |
| _____ | § | |
| SETERUS, INC., | § | |
| | § | |
| Third-Party Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| ROCIO P. WICKER, MIDFIRST BANK, | § | |
| N.A. FEDERALLY CHARTERED | § | |
| SAVINGS ASSOCIATION, AND THE | § | |
| UNITED STATES OF AMERICA | § | |
| INTERNAL REVENUE SERVICE, | § | |
| | § | |
| Third-Party Defendants. | § | |

## AMENDED FINAL JUDGMENT

The Court has issued an Order granting the Motion for Summary Judgment ("Motion") of

Seterus, Inc. ("Seterus" or "Defendant"). [ECF No. 33.].  In accordance with that Order, the

Court issued the following Amended Final Judgment:

**It is ORDERED, ADJUDGED AND DECREED** that Plaintiff Thomas George Wicker,

Jr.'s ("Plaintiff") claims are dismissed with prejudice. It is further,

**ORDERED, ADJUDGED AND DECREED** that an event of default has occurred on

that certain promissory note (the "Note") in the amount of $221,000.00 originally payable to

Quicken Loans Inc. ("Quicken") executed by Plaintiff. It is further,

**ORDERED, ADJUDGED AND DECREED** that that certain deed of trust dated April 29, 2004 and signed by Plaintiff and Rocio P. Wicker ("Deed of Trust"), provides Fannie Mae, as the current owner of the Note and beneficiary of the Deed of Trust and Seterus, as the holder of the Note on behalf of Fannie Mae and mortgage servicer, in the event of a default on their obligations on the Note, the ability to foreclose on the first lien security interest on that certain real property located at 6533 Calle Bonita Lane, El Paso TX 79912 .(the "Property"), more particularly described as:

LOT 20, BLOCK 2, PARK HILLS UNIT ONE, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS, ACCORDING TO MAP OR PLAT THEREOF RECORDED IN VOLUME 72 PAGES 4 AND 4A, OF THE PLAT RECORDS OF EL PASO COUNTY, TEXAS, and commonly known as 6533 Calle Bonita Lane., El Paso, Texas 79912.

It is further,

**ORDERED, ADJUDGED AND DECREED** that Fannie Mae is the current owner Note and Deed of Trust representing a valid and existing lien on the Property. It is further,

**ORDERED, ADJUDGED AND DECREED** that the following are secured by the Deed of Trust on the Property: the outstanding balance of the Note, which through December 29, 2017 was $198,153.54, plus attorney fees; prejudgment interest; post-judgment interest; and costs of court. It is further,

**ORDERED, ADJUDGED AND DECREED** that Fannie Mae and Seterus or their successors or assigns, may proceed with foreclosure of the Property as provided in the Deed of Trust and section 51.002 of the Texas Property Code. It is further,

**ORDERED, ADJUDGED AND DECREED** that Fannie Mae and Seterus may further communicate with Plaintiffs and all third parties reasonably necessary to conduct the foreclosure sale. It is further,

**ORDERED, ADJUDGED AND DECREED** that any notices regarding the foreclosure of the Property to Plaintiff Thomas George Wicker, Jr. and Rocio P. Wicker shall be mailed to 6533 Calle Bonita Lane, El Paso Texas 79912. It is further,

**ORDERED, ADJUDGED AND DECREED** that Defendant shall recover its fees from Plaintiff in an amount to be determined by subsequent motion practice. It is further,

**ORDERED, ADJUDGED AND DECREED** that the foreclosure of Fannie Mae's lien shall be binding on Midfirst Bank, N.A. Federally Chartered Savings Association and the United States of America Internal Revenue Service and that this judgment is *in rem* against them as holding inferior lien interest in the Property. It is further,

**ORDERED, ADJUDGED AND DECREED** that, except as provided above, all costs are taxed against the party incurring same. All relief not granted herein is denied. This is a final judgment, disposing of all parties and all claims and may be appealed by any party hereto. All writs and processes necessary for the enforcement of this judgment including orders of sale may issue.

Signed this ___26 7t___ day of ___OCT,___ 2018.

_____
UNITED STATES DISTRICT JUDGE